UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STAR REEFERS POOL, INC. and STAR REEFERS SHIPOWNING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DUNLAP TOWING COMPANY, *in personam*, and M/V MIKE O'LEARY, *in rem*.<br><br>Defendants. | IN ADMIRALTY<br><br>NO.<br><br>COMPLAINT |

Plaintiffs STAR REEFERS POOL, INC. and STAR REEFERS SHIPOWNING, INC., as and for their Complaint against the defendants Dunlap Towing Company, *in personam*, and the M/V MIKE O'LEARY, *in rem*, allege and aver as follows:

1. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and is within the jurisdiction of this Court pursuant to the general maritime law, 28 U.S.C. § 1333 and diversity jurisdiction under 28 U.S.C. § 1332.

COMPLAINT - 1

GASPICH LAW OFFICE PLLC
1809 Seventh Avenue, Suite 609
Seattle, WA 98101
Tel. (206) 956-4204
Fax (206) 956-4214

2. Plaintiff Star Reefers Shipowning, Inc. is a corporation organized and existing under the laws of the Cayman Islands and is the owner of the M/V DUNEDIN STAR.

3. Plaintiff Star Reefers Pool, Inc. is a corporation organized and exisiting under the laws of a foreign country and is a charterer of the M/V DUNEDIN STAR.

4. At all times relevant hereto, the M/V DUNEDIN STAR was a cargo ship with her port of registry located at Hamilton, Bermuda.

5. Defendant Dunlap Towing Company (hereinafter, "Dunlap") was and is a corporation organized and existing under the laws of the State of Washington with its principal place of business in La Conner, Washington.

6. The M/V MIKE O'LEARY is a U.S. registered vessel and is owned and operated by Dunlap. The tug MIKE O'LEARY is and will be within the jurisdiction of this Court during the pendency of this action.

7. At all times relevant hereto, Dunlap held itself out to be skillful, experienced, and knowledgeable in the handling and in the safe and proper navigation of this tug, particularly with respect to ship undocking operations in the Port of Dutch Harbor.

8. On March 9, 2011, the M/V MIKE O'LEARY was hired to assist with undocking the M/V DUNEDIN STAR from Terminal T-1 in Dutch Harbor, Alaska.  The tug tied up to the port stern quarter of the M/V DUNEDIN STAR and operated in part pursuant to orders from the pilot on board the ship.

9. During undocking the MIKE O'LEARY collided with the port stern quarter of the M/V DUNEDIN STAR.

COMPLAINT - 2

GASPICH LAW OFFICE PLLC
1809 Seventh Avenue, Suite 609
Seattle, WA  98101
Tel.  (206) 956-4204
Fax  (206) 956-4214

10. Dunlap and the MIKE O'LEARY owed a duty to the Plaintiffs to exercise such care and skill as a prudent navigator would employ for the safe and proper performance of similar services under the circumstances.

11. Said collision occurred due to the negligence of the crew and/or unseaworthiness of the M/V MIKE O'LEARY, for which Defendant Dunlap is responsible.

12. At all times relevant hereto, Plaintiffs and their agents, servants, and employees exercised due care and regard with respect to undocking operation.

13. As a result of the collision, the M/V DUNEDIN STAR sustained structural damage and had to be taken out of service to undergo repairs. Plaintiffs incurred money damages in an amount to be proven at trial as a result of the collision.

WHEREFORE, Plaintiffs STAR REEFERS POOL, INC. and STAR REEFERS SHIPOWNING, INC. respectfully pray that the Court enter for judgment against Defendant Dunlap Towing Company, *in personam*, and the M/V MIKE O'LEARY, i*n rem*, for all damages they sustained as aresult of the collision in an amount to be determined at trial, plus interest and costs. Plaintiff further prays that process in the due form of law, according to the practice of this court in admiralty and maritime claims may issue against the M/V MIKE O'LEARY, her engines, tackle, equipment and furnishings, and that all persons claiming any interests therein, may be required to appear and answer on oath, all and singular, matters aforesaid; and, that the tug MIKE O'LEARY may be condemned and sold to satisfy the judgment of the plaintiff herein. Plaintiffs also pray for such other, further and different relief as this court may deem just and proper in the premises.

COMPLAINT - 3

GASPICH LAW OFFICE PLLC
1809 Seventh Avenue, Suite 609
Seattle, WA 98101
Tel. (206) 956-4204
Fax (206) 956-4214

DATED this 8th day of March, 2013.

                    GASPICH LAW OFFICE PLLC

                    <u>s/Anthony J. Gaspich</u>
                    Anthony J. Gaspich, WSBA No. 19300
                    Attorneys for Plaintiffs Star Reefers Pool, Inc. and Star Reefers Shipowning, Inc.

COMPLAINT - 4

**GASPICH LAW OFFICE PLLC**
1809 Seventh Avenue, Suite 609
Seattle, WA 98101
Tel. (206) 956-4204
Fax (206) 956-4214